## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

SAMUEL RANDLES,
KAITLAN ROSS,
PATRICK WAYNE TUTER, and
CONGHUA YAN,                                    Civil Action No. 4:25-cv-01422-O

Plaintiffs,

v.

JIMMY BLACKLOCK, et al.,

Defendants.

### NOTICE OF APPEAL

Notice is hereby given that the undersigned Plaintiffs appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered on March 11, 2026, ECF No. 62; the Order Accepting Findings, Conclusions, and Recommendation of the United States Magistrate Judge entered on March 11, 2026, ECF No. 61; and the Order on Motion to Alter Judgment entered on June 12, 2026, ECF No. 65.

This Notice of Appeal is not limited to any separate part of the judgment or post-judgment order. The undersigned Plaintiffs intend to appeal the final judgment, the post-judgment order, and all prior orders that merge into the final judgment or are reviewable on appeal from the final judgment.

Respectfully submitted,

*/s/ Samuel Randles*
Samuel Randles
5001 SH114E, Apt 1313,
Roanoke, TX 76262
Telephone: (214) 250-6187
randles.sam@gmail.com

*/s/ Kaitlan Ross*
Kaitlan Ross

915 County Road 2719
Goldthwaite, Texas 76844
Telephone: (512) 529-0294
Kaitlan.ross33@gmail.com

*/s/ Patrick Tuter*
Patrick Wayne Tuter
430 Christi Ln.
Princeton, Texas 75407
Telephone: (214) 497-6152
patrick762soldier@hotmail.com

*/s/ Conghua Yan*
Conghua Yan
2140 E Southlake Blvd, Suite L-439,
Southlake, Texas 76092
Telephone: (214) 228-1886
arnold200@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on June 28, 2026, I filed this Notice of Appeal with the Clerk of Court for the United States District Court for the Northern District of Texas. I further certify that service will be accomplished through the Court's electronic filing system on all counsel of record who receive electronic notice. Any party not served through the Court's electronic filing system was served by USPS Certified Mail to their respective service addresses.


*/s/ Samuel Randles*
Samuel Randles