# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 31, 2026

Mr. Scot Macdonald Graydon
Office of the Attorney General
for the State of Texas
P.O. Box 12548
Capitol Station
Austin, TX 78711-2548

Ms. Katherine E. Owens
Tarrant County Criminal District Attorney
Civil Division
401 W. Belknap Street
9th Floor
Fort Worth, TX 76102

Mr. Craig Manning Price
Tarrant County Criminal District Attorney
401 W. Belknap
9th Floor
Fort Worth, TX 76196

No. 26-10606 Randles v. Blacklock
USDC No. 4:25-CV-1422

Dear Counsel,

We filed the appellant's brief on 8/31/26. Appellee's brief is due within 30 days of that date, see Fed. R. App. P. 31(a)(1). 5th Cir. R. 31 and the Internal Operating Procedures following rules 27 and 31 state that except in the most extraordinary circumstances, the maximum extension for filing briefs is 30 days in criminal cases and 40 days in civil cases.

**Reminder Regarding Sealed Documents:** Our court presumes the public has a right to court records, and request to seal pleadings, record excerpts, or other documents must be justified with particularity. Simply stating that the originating court sealed the matter is insufficient. Counsel is responsible for justifying a request to file under seal, as well as for notifying the court when sealing is no longer necessary. An unopposed motion to seal does not relieve counsel of the obligation to justify the motion.

**Signing Pleadings:**While our rules do not directly regulate the process by which a party or an attorney produces the filing—such as writing it personally with no assistance, delegating part of

its preparation to another, or using generative artificial intelligence, the signature is an attestation that the signer has reviewed the filing and is responsible for the accuracy of its contents.

Sincerely,

LYLE W. CAYCE, Clerk

By: ___________________________
Rebecca L. Jeanfreau, Deputy Clerk
504-310-7645

Enclosure(s)

cc w/encl:
Mr. Samuel Randles
Ms. Kaitlan Ross
Mr. Patrick Wayne Tuter
Mr. Conghua Yan

___________

Case No. 26-10606

___________

Samuel Randles; Patrick Wayne Tuter; Conghua Yan; Kaitlan Ross,

Plaintiffs - Appellants

v.

Jimmy Blacklock, in his official capacity as Chief Justice of the Supreme Court of Texas; David L. Evans, in his official and individual capacities as the statutory Presiding Judge (regional administrative officer) of the Eighth Administrative Judicial Region under Tex. Gov't Code ch. 74; Susan Brown, in her official capacity as Presiding Judge of the Eleventh Administrative Judicial Region; Ray Wheless, in his official capacity as Presiding Judge of the First Administrative Judicial Region; Crawford R. Randy Catterton, in his official capacity as a retired judge sitting by assignment; William Wren Bill Harris, in his official capacity as a retired judge sitting by assignment; Sherill Youngberg Dean, in her official capacity as a retired judge sitting by assignment; Kim Cooks, in her official capacity as a retired judge sitting by assignment; John Roach, Jr., in his official capacity as Presiding Judge; Cynthia Favila Terry, in her official capacity as Presiding Judge of the 325th District Court of Tarrant County, Texas and in her individual capacity; Lisa Grimaldi, in her official capacity as Court Coordinator ) of the 325th District Court of Tarrant County, Texas, and, ) to the extent permitted by law, in his individual capacity; Kirk Moss, in his individual capacity; Tom Wilder, in his official and individual capacities as ) District Clerk of Tarrant County, Texas; Tarrant County, Texas, a political subdivision,

Defendants - Appellees