# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 9, 2026

Thomas B. Plunkett, III
Clerk

---

No. 26-10606

---

Samuel Randles; Patrick Wayne Tuter; Conghua Yan; Kaitlan Ross,

*Plaintiffs—Appellants*,

*versus*

Jimmy Blacklock, *in his official capacity as Chief Justice of the Supreme Court of Texas*; David L. Evans, *in his official and individual capacities as the statutory Presiding Judge (regional administrative officer) of the Eighth Administrative Judicial Region under Tex. Gov't Code ch. 74*; Susan Brown, *in her official capacity as Presiding Judge of the Eleventh Administrative Judicial Region*; Ray Wheless, *in his official capacity as Presiding Judge of the First Administrative Judicial Region*; Crawford R. Randy Catterton, *in his official capacity as a retired judge sitting by assignment*; William Wren Bill Harris, *in his official capacity as a retired judge sitting by assignment*; Sherill Youngberg Dean, *in her official capacity as a retired judge sitting by assignment*; Kim Cooks, *in her official capacity as a retired judge sitting by assignment*; John Roach, Jr., *in his official capacity as Presiding Judge*; Cynthia Favila Terry, *in her official capacity as Presiding Judge of the 325th District Court of Tarrant County, Texas and in her individual capacity*; Lisa Grimaldi, *in her official capacity as Court Coordinator ) of the 325th District Court of Tarrant County, Texas, and, ) to the extent permitted by law, in his individual capacity*; Kirk Moss, *in his individual capacity*; Tom Wilder, *in his official and individual capacities as ) District Clerk of Tarrant County, Texas*; Tarrant County, *Texas, a political subdivision*,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:25-CV-1422

---

ORDER:

IT IS ORDERED that Appellants' opposed motion to file oversized reply briefs is GRANTED IN PART and DENIED IN PART. Appellants may file a joint reply brief of no more than 6,500 words in response to the Judicial Appellees' brief. Appellant Conghua Yan may file a separate reply brief of no more than 6,500 words in response to the briefs filed by Wilder, Grimaldi, and Moss. The motion is otherwise DENIED.

Don R. Willett
*United States Circuit Judge*