# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 09, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-10606 Randles v. Blacklock
USDC No. 4:25-CV-1422

Enclosed is an order entered in this case.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: ___________________________
Rebecca L. Jeanfreau, Deputy Clerk
504-310-7645

Mr. Scot Macdonald Graydon
Ms. Karen S. Mitchell
Ms. Katherine E. Owens
Mr. Craig Manning Price
Mr. Samuel Randles
Ms. Kaitlan Ross
Mr. Patrick Wayne Tuter
Mr. Conghua Yan