# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 06, 2026

Mr. Scot Macdonald Graydon
Office of the Attorney General
for the State of Texas
P.O. Box 12548
Capitol Station
Austin, TX 78711-2548

Ms. Katherine E. Owens
Tarrant County Criminal District Attorney
Civil Division
401 W. Belknap Street
9th Floor
Fort Worth, TX 76102

Ms. Kaitlan Ross
915 County Road 2719
Goldthwaite, TX 76844

Mr. Conghua Yan
2140 E. Southlake Boulevard
Suite L-439
Southlake, TX 76092

No. 26-10606 Randles v. Blacklock
USDC No. 4:25-CV-1422

Dear Counsel, Ms. Ross, and Mr. Yan,

You must submit the **6 paper copies of your brief** required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

The covers of your documents must be the following colors: Appellant's brief must be blue. Appellee's brief must be red. Appellant's reply brief must be gray.

Please be sure that you print your paper copies **from the sufficient brief event** and not the proposed sufficient brief filed event so that it will contain the proper filing header. **Please be sure that paper copies submitted have the CM/ECF filing header at the top of the page.**

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

Olivia Andry

By: _________________________
Olivia G. Andry, Deputy Clerk
504-310-7633

cc:
Mr. Craig Manning Price
Mr. Samuel Randles
Mr. Patrick Wayne Tuter