# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 13, 2026

Mr. Scot Macdonald Graydon
Office of the Attorney General
for the State of Texas
P.O. Box 12548
Capitol Station
Austin, TX 78711-2548

No. 26-10606 Randles v. Blacklock
USDC No. 4:25-CV-1422

Dear Mr. Graydon,

We received the paper copies of your brief. However, you must make the following corrections within the next 5 days.

You need to correct or add: Paper copies of your appellees' brief must be single-sided.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

Kim M. Pollard

By: _________________________
Kim M. Pollard, Deputy Clerk
504-310-7635